IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:22-CR-064 |
| Plaintiff, | : | |
| v. | : | INFORMATION |
| BRIAN MARTIN, | : | 21 U.S.C. § 844 |
| | : | 18 U.S.C. § 1384 |
| Defendant. | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2925.11 |
| | : | O.R.C. § 2907.23(B) |
| | : | O.R.C. § 2925.13(b) |
| | : | O.R.C. § 2925.12 |
| | : | O.R.C. § 2907.24(A) |
| | : | O.R.C. § 2925.14(C)(1) |
| | : | O.R.C. § 2917.11(A)(5) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(21 U.S.C. § 844)

From exact dates unknown, but beginning on or about November 24, 2020 and continuing until on or about November 28, 2020, in the Southern District of Ohio, the Defendant, **BRIAN MARTIN**, did knowingly and intentionally possess Fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 844.

## COUNT 2

(18 U.S.C. § 1384)

From exact dates unknown, but beginning on or about December 8, 2020 and continuing until on or about January 22, 2021, in the Southern District of Ohio, the Defendant, **BRIAN MARTIN**, did knowingly and intentionally possess benzoylmethylecgonine (cocaine), a Schedule II controlled substance.

In violation of 21 U.S.C. § 844.

## COUNT 3

(21 U.S.C. § 844)

From exact dates unknown, but beginning on or about December 8, 2020 and continuing until on or about January 22, 2021, in the Southern District of Ohio, the Defendant, **BRIAN MARTIN**, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844.

## COUNT 4

(18 U.S.C. § 1384)

From exact dates unknown, but beginning on or about October 29, 2020 and continuing until on or about January 22, 2021, in the Southern District of Ohio, the Defendant, **BRIAN MARTIN**, did, aid or abet prostitution or procures or solicits for purposes of prostitution, or keeps or sets up a house of ill fame, brothel, or bawdy house, or receives any person for purposes of lewdness, assignation, or prostitution into any vehicle, conveyance, place, structure, or building, or permits any person to remain for the purpose of lewdness, assignation, or prostitution in any vehicle, conveyance, place, structure, or building or leases or rents or contracts to lease or rent any vehicle, conveyance, place, structure or building, or part thereof, knowing or with good reason to know that it is intended to be used for any of the purposes herein.

In violation of 18 U.S.C. § 1384.

## COUNT 5

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.11)

From exact dates unknown, but beginning on or about November 24, 2020 and continuing until on or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant,

**BRIAN MARTIN**, did knowingly obtain, possess, or use a controlled substance or a controlled substance analog.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.11.

## COUNT 6

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2907.23(B))

From exact dates unknown, but beginning on or about September 25, 2020, and continuing until on or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, having authority or responsibility over the use of premises, did, knowingly permit such premises to be used for the purpose of engaging in sexual activity for hire.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2907.23(B).

## COUNT 7

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.13(b))

From exact dates unknown, but beginning on or about October 29, 2020 and continuing until on or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, who is the owner, lessee, or occupant, or who has custody, control, or supervision, of premises or real estate, including vacant land, did knowingly permit the premises or real estate, including vacant land, to be used for the commission of a felony drug abuse offense by another person.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.13(b).

### COUNT 8

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.12)

From exact dates unknown, but beginning on or about December 8, 2020 and continuing until on or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, did knowingly make, obtain, possess, and use an instrument, article, or thing the customary and primary purpose of which was for the administration and use of a dangerous drug, other than marijuana, when the instrument involved was a hypodermic or syringe, whether or not of crude or extemporized manufacture or assembly, and the instrument, article, or thing involved has been used by the offender to unlawfully administer and use a dangerous drug, other than marijuana, and to prepare a dangerous drug, other than marijuana, for unlawful administration and use.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.12.

### COUNT 9

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2907.24(A))

From exact dates unknown, but beginning on or about July 11, 2020 and continuing until on or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, did, knowingly solicit another to engage in sexual activity for hire in exchange for the person receiving anything of value from the other person..

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2907.24(A).

## COUNT 10

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.14(C)(1))

On or about January 22, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, did knowingly use, and possess with purpose to use, drug paraphernalia.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.14(C)(1).

## COUNT 11

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5))

From exact dates unknown, but beginning on or about July 11, 2020 and continuing until on or about January 22, 2021, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **BRIAN MARTIN**, did, create a condition that is physically offensive to persons or that presents a risk of physical harm to persons or property, by any act that serves no lawful and reasonable purpose of the offender.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5).

KENNETH L. PARKER
United States Attorney

ALANA R. KITCHEN
Special Assistant United States Attorney