IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-00064 |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| BRIAN MARTIN, | : | |
| Defendant. | : | |

## ORDER CONTINUING PROCEEDINGS AND MAKING ENDS OF JUSTICE FINDING

This Class A misdemeanor case is before the Court on the Defendant's request for a continuance of the proceedings. Counsel for the Defendant stated that additional time is needed to review discovery and prepare for trial.

For good cause shown, Defendant's request for a continuance is GRANTED. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial. The Court further finds that the failure to grant the requested continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the next pretrial conference is SCHEDULED for December 14, 2022 at 10:00 a.m. by GoToMeeting.

Further, the Court ORDERS that the time from July 20, 2022 (i.e., the date of the Defendant's initial appearance before this Court) until December 14, 2022 is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring the Defendant to trial.

**IT IS SO ORDERED.**

    */s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge